AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Chana Corcia, individually and on behalf of a class <br><br> *Plaintiff* <br><br> v. <br><br> Fein, Such & Crane, LLP; Americas Residential Properties, LLC <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. **CV 13 - 0957** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fein, Such & Crane, LLP
28 East Main Street, Suite 1800
Rochester, New York 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Shimshon Wexler, PC
PO Box 250870
New York, NY 10025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: FEB 2 2 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Chana Corcia, individually and on behalf of a class <br><br> *Plaintiff* <br> v. <br> Fein, Such & Crane, LLP; Americas Residential Properties, LLC <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. **CV 13 - 0957** <br><br> **SPATT, J.** <br><br> **BROWN, M. J.** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Americas Residential Properties
c/o Corporation Service Company
80 State Street
Albany, NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Offices of Shimshon Wexler, PC
PO Box 250870
New York, NY 10025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: FEB 2 2 2013

*Signature of Clerk or Deputy Clerk*